Rick L. Shackelford (State Bar No. 151262)
rlshackelford@jonesday.com
Eric P. Enson (State Bar No. 204447)
epenson@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

Attorneys for Defendant
PEPSICO, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANINE SUGAWARA individually and on behalf of all others similarly situated,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**PEPSICO, INC., a North Carolina corporation,**<br><br>**Defendant.** | Case No. 2:08-CV-01335-MCE-JFM<br><br>STIPULATION FOR REVISED BRIEFING AND HEARING SCHEDULE FOR PEPSICO, INC.'s MOTION TO DISMISS AMENDED COMPLAINT<br><br>Date: February 6, 2009<br>Time: 9:00 a.m.<br><br>Place: Courtroom No. 7, Floor 14<br>       Hon. Morrison C. England Jr. |

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the parties, and subject to the approval of the Court, that the following Stipulation shall govern the briefing and hearing schedule for Defendant PepsiCo, Inc's Motion to Dismiss Plaintiff's Amended Complaint:

1.      Plaintiff Janine Sugawara filed her Amended Complaint on September 23, 2008.

2.      Defendant PepsiCo, Inc. filed its Motion to Dismiss Plaintiff's Amended Complaint on October 20, 2008. The original hearing date for the Motion to Dismiss was December 19, 2008.

3.      PepsiCo Inc.'s motion to dismiss raises similar issues to the motion to dismiss filed by defendant Kellogg USA in another case before this Court, styled *Videtto v. Kellogg USA*,

PDF created with pdfFactory trial version www.pdffactory.com

Case No. 2:08 CV-1324-MCE.  Kellogg USA's motion to dismiss was originally scheduled to be heard on December 19, 2008 as well.  Due to scheduling conflicts, the parties in that case have agreed to move the hearing date from December 19, 2008 to February 6, 2009.  The parties to this case have agreed to move the hearing date to February 6, 2009 as well, in the interests of efficiency and use of judicial resources.

4. As part of the revised schedule, Plaintiff has agreed to file her response to PepsiCo, Inc.'s Motion to Dismiss on or before January 16, 2009.

5. PepsiCo, Inc. will file its reply brief in support of the motion on or before January 30, 2009.

Dated:  December 4, 2008                         JONES DAY

                                                  By:  /s/
                                                       Rick L. Shackelford

                                                       Attorney for Defendant
                                                       PEPSICO, INC.

Dated:  December 4, 2008                         HEWELL LAW FIRM, APC

                                                  By:  /s/
                                                       Harold M. Hewell

                                                       Attorney for Plaintiff
                                                       JANINE SUGAWARA

**ORDER**

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

DATED: December 9, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com