1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   JANINE SUGAWARA, individually      No. 2:08-cv-01335-MCE-DAD
     and on behalf of all others
12   similarly situated,

13          Plaintiff,

14     v.                               <u>ORDER</u>

15   PEPSICO, INC.,

16          Defendant.

17                    ----oo0oo----

18     The Court has reviewed Plaintiff's Motion for

19   Reconsideration, filed June 1, 2009.  No grounds justifying

20   reconsideration have been presented.  Accordingly, Plaintiff's

21   Motion (Docket NO. 33) is DENIED.

22     IT IS SO ORDERED.

23   Dated: June 5, 2009

24

25   _____

26   MORRISON C. ENGLAND, JR.
     UNITED STATES DISTRICT JUDGE

27

28

                            1